**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARIA CHAVEZ, | CASE NO. 1:16-CV-1519 AWI SKO |
| **Plaintiff** | |
| v. | **ORDER ON DEFENDANTS' EX PARTE MOTION FOR AN EXTENSION OF THE BRIEFING SCHEDULE** |
| OCWEN LOAN SERVICING, LLC, et al., | |
| **Defendants** | (Doc. No. 20) |

On December 22, 2016, the Court set a briefing schedule for Defendants to respond to Plaintiff's Rule 41(a)(2) motion to dismiss.  See Doc. No. 19.  Defendants were required to file a response to Plaintiff's motion on or by January 4, 2017.  See id.

On January 4, 2017, Defendants filed an ex parte motion request a fourteen day extension of time in order to respond.  See Doc. No. 20.  Defendants indicate that, due to the holidays and renewed attempts to settle the matter, they need additional time to assess the situation.  See id.

Due to the holiday season and the difficulties in communication that often results, the Court will grant Defendants an extension of time to respond.

Accordingly, IT IS HEREBY ORDERED that:

1.      Defendants' ex parte request for an extension of time is GRANTED IN PART;

2.      Defendants shall file a response to Plaintiff's motion to dismiss no later than 2:00 p.m. on January 20, 2017;

3.      Plaintiff shall file a reply to any response by Defendants no later than 2:00 p.m. on January 27, 2017.

IT IS SO ORDERED.

Dated:   January 10, 2017 _____          _____

SENIOR  DISTRICT  JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28